IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EICHER MOTORS LIMITED, | ) | |
| | ) | Case No. 24-cv-2318 |
| Plaintiff, | ) | |
| v. | ) | Judge Thomas M. Durkin |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE | ) | |
| A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 16, 2024 [Dkt. No. 63] in favor of Plaintiff EICHER MOTORS LIMITED ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Seller Name |
|---|---|
| 5 | R QIANKONG ONEBIKE Store |
| 12 | Shop1102826860 Store |
| 61 | BATKING Motorcycle Accessories Store |
| 68 | FPY Store |
| 83 | PP Car Accessories Store |
| 87 | Shop1100191221 Store |
| 95 | Shop1102824090 Store |
| 102 | Shop1102962749 Store |
| 121 | YOWLING RACINGBIKE Store |
| 122 | ZRIHE MO-TO Accessories Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendants is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

                                            Respectfully submitted,

Dated: September 19, 2024        By:    s/Michael A. Hierl
                                                      Michael A. Hierl (Bar No. 3128021)
                                                      William B. Kalbac (Bar No. 6301771)
                                                      Robert P. McMurray (Bar No. 6324332)
                                                      John Wilson (Bar No. 6341294)
                                                      Hughes Socol Piers Resnick & Dym, Ltd.
                                                      Three First National Plaza
                                                      70 W. Madison Street, Suite 4000
                                                      Chicago, Illinois 60602
                                                      (312) 580-0100 Telephone
                                                      mhierl@hsplegal.com
                                                      Attorneys for Plaintiff
                                                      EICHER MOTORS LIMITED

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 19, 2024.

                                                                s/Michael A. Hierl